CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 04 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 7:08CR00017 |
| | (Case No. 7:09CV80171) |
| v. | |
| | **FINAL JUDGMENT AND ORDER** |
| RANDY ALAN MELTON, | By: Glen E. Conrad |
| | United States District Judge |
| Defendant. | |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that pursuant to Rule 4 of the Rules Governing § 2255 Proceedings, the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**, as it is clear from the motion and the record that defendant is not entitled to relief, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this judgment and order to the defendant.

ENTER: This 4th day of August, 2009.

/s/ Glen E. Conrad
United States District Judge