CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 0 4 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 7:08CR00017 |
|---|---|---|
| | ) | (CASE NO. 7:12CV80548) |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RANDY ALAN MELTON, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** as successive, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 4th day of January, 2013.

/s/ Glen E. Conrad
Chief United States District Judge